# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| HYPERTHERM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PROFILE CUTTING TECHNOLOGIES LTD., *et al.,* <br><br> Defendants. | 2:12-cv-01952-GMN-VCF <br><br> **REPORT AND RECOMMENDATION** |

Before the Court is plaintiff's Motion for Default Judgment as to Defendants WestingCut Industrial Technology (Anhui, Inc., WestingCut Electric (Shanghai) Inc., and WestingCut. Having reviewed the relevant portions of the file, and the Declaration of W. West Allen in Support of Hypertherm, Inc.'s Request for Entry of Default (#15), the undersigned Magistrate Judge recommends that the permanent injunction and attorneys' fees be granted as set forth in the attached Exhibit 1.

DATED this 17th day of December, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

# Exhibit 1

# Exhibit 1

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| HYPERTHERM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PROFILE CUTTING TECHNOLOGIES LTD., *et al.,* <br><br> Defendants. | 2:12-cv-01952-GMN-VCF <br><br> **DEFAULT FINAL JUDGMENT AND PERMANENT INJUCTION ORDER** |

This action having been commenced by Plaintiff Hypertherm, Inc. ("Hypertherm") against Defendants WestingCut Industrial Technology (Anhui) Inc., WestingCut Electric (Shanghai) Inc., and WestingCut Industrial Technology (Shanghai) Inc. (collectively, the "Defendants") for patent infringement pursuant to 35 U.S.C. § 271 for the reason that Defendants are making, selling, offering to sell, or using products infringing U.S. Patent Nos. 6,946,617; 8,115,136; 8,212,173; 7,829,816; and 6,207,923 (collectively, the "Hypertherm Asserted Patents"), which are owned and controlled by Hypertherm; and

Defendants having been properly served through personal delivery of the Summons in a Civil Action, Civil Cover Sheet and Complaint upon an authorized agent of Defendants; and

None of the Defendants having filed a response to the Complaint or otherwise appeared in this action; and

The Clerk of the Court having entered a default against each Defendant on May 16, 2013;

and

Hypertherm having moved for final default judgment under Fed. R. Civ. P. 55(b) and Hypertherm having shown, inter alia, the following:

    1. Hypertherm owns all rights, title and interest in and to the Hypertherm Asserted Patents; and

    2. Defendants are making, selling, offering to sell, or using products infringing the Hypertherm Asserted Patents in the United States, including this Judicial District; and so the Court:

HEREBY FINDS that each Defendant is liable for patent infringement and this Default Final Judgment and Permanent Injunction Order is entered against each Defendant.

THEREFORE, IT IS HEREBY ORDERED that Defendants, their predecessors, successors, assigns, executors, administrators, and its past, present and future officers, directors, employees, parents, subsidiaries, divisions, affiliates, partners, attorneys, representatives, shareholders, trustees, agents, advisors and any persons in active concert or participation with them are permanently enjoined and restrained from:

    (i) making, selling, offering to sell, or using non-genuine versions of original Hypertherm parts that are covered by the Hypertherm Asserted Patents; and

    (ii) selling or offering to sell such non-genuine versions of original Hypertherm parts that are covered by the Hypertherm Asserted Patents by any means, including at tradeshows and/or using online (internet) resources and services; or

    (iii) using the "Made in U.S.A." designation on labels for non-genuine parts that correspond to original Hypertherm parts that are covered by the Hypertherm Asserted Patents.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, pursuant to 35 U.S.C.

§ 285, Plaintiff is awarded reasonable attorney's fees, subject to plaintiff's timely compliance with Fed.R.Civ. P. 54(d) and Local Rules 54-16.

IT IS FINALL Y ORDERED that this Court shall retain jurisdiction over the parties and the subject matter of this litigation for the purposes of interpretation and enforcement of this Default Final Judgment and Permanent Injunction Order.

IT IS SO ORDERED.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE