## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HYPERTHERM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PROFILE CUTTING TECHNOLOGIES LTD., *et al.*, <br><br> Defendants. | Case No.:  2:12-cv-01952-GMN-VCF <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 29) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered February 24, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by March 13, 2014.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 25) is **GRANTED.**  Plaintiff is hereby awarded $38,821.76 against defendants WestingCut Industrial Technology (Anhui) Inc., WestingCut Electric (Shanghai) Inc., and WestingCut Industrial Technology (Shanghai) Inc., jointly and severally.

The Clerk of the Court shall enter judgment accordingly.

**DATED** this 31st day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court